No. D–1239. IN RE DISBARMENT OF MATAR. It is ordered that Michael Levi Matar, of Forest Hills, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.